UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHANIE McLENDON | CIVIL ACTION |
| VERSUS | NO. 11-1239 |
| CHEVRON ORONITE COMPANY, L.L.C. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER OF DISMISSAL

The court having been advised by James L. Arruebarrena, counsel for plaintiff, as confirmed by Thomas J. McGoey, II, counsel for defendant, that the above captioned case has been settled, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to seek summary judgment enforcing the compromise or to reopen the action if settlement is not consummated. The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

New Orleans, Louisiana, this __27th__ day of September, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE